AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>08-612 | DATE FILED<br>5/16/08 | U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA |
|---|---|---|
| PLAINTIFF<br>**PAPST LICENSING GmbH & Co. KG**<br>**Bahnofstrasse 33, 78112 St.**<br>**Georgen, Germany.**<br>Transferred from USDC -ILLINOIS NORTHERN MDL CASE<br>**Attorney**<br>Jerold B. Schnayer (2495538)<br>James P. White (3001032)<br>WELSH & KATZ, LTD.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, Illinois 60606<br>(312) 655-1500 | | DEFENDANT<br>RICOH COMPANY, LTD.,<br>RICOH AMERICAS CORPORATION and<br>RICOH CORPORATION,<br>Ricoh Building, 8-13-1 Ginza<br>Chuo-ku, Tokyo 104-8222, Japan. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,470,399 B1 | 10/22/02 | Papst Licensing |
| 2 | 6,895,449 B2 | 5/17/05 | Papst Licensing |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| NANCY MAYER-WHITTINGTON by Joe Burgess | | 8/8/08 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**